UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALVIN L. SHARP, JR.,

    Plaintiff,

v.

KATHLEEN ALLISON, *Secretary of the CDCR*, and STUART SHERMAN, *Warden of CSATF*,

    Defendants

No. 1:21-cv-00099-HBK

ORDER DIRECTING CLERK TO SEND PLEADINGS TO APPROPRIATE INSTITUTIONAL OFFICIAL

(Doc. No. 17)

Plaintiff Calvin L. Sharp, Jr. is proceeding *pro se* and *in forma pauperis* on his civil rights complaint filed pursuant to 42 U.S.C. § 1983 on January 12, 2021. (Doc. Nos. 1, 9). Plaintiff is presently incarcerated at California Substance Abuse Treatment Facility & State Prison. (*See* docket). On June 1, 2021, Plaintiff filed a "Notice of Imminent, Existential Danger of Injury or Death." (Doc. No. 17). The court regularly receives *pro se* notices from confined persons alleging danger of death or imminent serious physical harm. In an abundance of caution, the Court will expedite notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

Accordingly, it is ORDERED:

1. The Clerk shall forward a copy of Plaintiff's Notice (Doc. No. 17) to the appropriate officials at California Substance Abuse Treatment Facility & State Prison for handling as officials deem appropriate.

2. The Clerk shall indicate on the docket the name of the official(s) to whom notice was provided and upon receipt the official(s) shall confirm receipt thereof.

3. This Order is not a ruling on the merits of the allegations in the Notice or the merits of allegations in the underlying complaint.

IT IS SO ORDERED.

Dated: June 7, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE