UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN L. SHARP, JR.,<br><br>            Plaintiff,<br><br>      v.<br><br>KATHLEEN ALLISON, et al.,<br><br>            Defendants. | Case No.: 1:21-cv-0099 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 36) |

Calvin Sharp Jr., is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. (Docs. 9, 27.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Previously, the magistrate judge determined Plaintiff failed to state a claim upon which relief may be granted in his Second Amended Complaint, which identified "multiple Defendants from different prisons," yet failed to identify how each defendant participated in the alleged violation of Plaintiff's civil rights.  (Doc. 32 at 6.)  Plaintiff was granted leave to amend, or informed he may voluntarily dismiss the action.  (*Id.* at 6-7.)  After Plaintiff failed to file an amended complaint, the magistrate judge found Plaintiff failed to prosecute the action and recommended the case be dismissed without prejudice.  (Doc. 36 at 5.)

The Findings and Recommendations were served on Plaintiff on July 6, 2023, and contained a notice that any objections were due within 14 days of the date of service.  (Doc. 36 at 5.)  In addition,

1

1  Plaintiff was informed the "failure to file objections within the specified time may result in waiver of
2  his rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014), *Baxter v.*
3  *Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)   Plaintiff failed to file any objections and the time to
4  do so has expired.

5  According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of the case.
6  Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are
7  supported by the record and by proper analysis. Thus, the Court **ORDERS**:

8  1.  The Findings and Recommendations dated July 6, 2023 (Doc. 36) are **ADOPTED** in full.
9  2.  The action is **DISMISSED** without prejudice.
10 3.  The Clerk of Court shall close this case.

12 IT IS SO ORDERED.

13 Dated:   **August 7, 2023**

UNITED STATES DISTRICT JUDGE